## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

LOL FINANCE CO.                                                    PLAINTIFF

v.                                No. 3:25-cv-132-DPM

MCCAYLA PAIGE COOK                                                 DEFENDANT

### ORDER

A couple of months ago, the Court gave notice that unless LOL Finance sought some relief, the Court would dismiss the complaint. *Doc. 4.* LOL Finance hasn't responded. Its claims will therefore be dismissed without prejudice. Fed. R. Civ. P. 41(b); *Smith v. Gold Dust Casino*, 562 F.3d 402, 404 (8th Cir. 2008).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

6 March 2026