# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

LOL FINANCE CO.                                                    PLAINTIFF

v.                                    No. 3:25-cv-132-DPM

MCCAYLA PAIGE COOK                                                 DEFENDANT

## JUDGMENT

LOL Finance's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

6 March 2026